UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nicholas G Johnson<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-22575<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**Order Dismissing Case For Material Default**

    This matter coming before the Court on Trustee's Motion to Dismiss for Material Default, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

    1. This case is dismissed.

                                    Enter:

                                    Honorable A. Benjamin Goldgar
Dated: February 23, 2021                United States Bankruptcy Judge

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300